JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL KORHAN and LUCILLE KORHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., AS TRUSTEE OF THE HOLDERS OF BEAR STEARNS ALT-A TRUST II, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 207-1; WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. aka MERS; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. 8:12-CV-0050-AG-JPR<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 11, 2012<br>Trial Date:         None |

On July 9, 2012, the Court granted the motion to dismiss plaintiffs' complaint filed by defendants Bank of America, N.A., ReconTrust Company, N.A., Wells Fargo Bank, N.A., Mortgage Electronic Registrations Systems, Inc., Citibank, N.A., as Trustee of the Holders of Bear Stearns Alt-A Trust II, Mortgage Pass Through Certificates, Series 2007-1. [*See* ECF Docket No. 33, July 9, 2012 Order]. Therefore, for good cause appearing,

It is ORDERED, ADJUDGED and DECREED that JUDGMENT is hereby

1  entered in favor of all defendants and against plaintiffs, dismissing plaintiffs'
2  complaint and this action with prejudice.

Dated: July 31, 2012

_____
Hon. Andrew Guilford
UNITED STATES DISTRICT JUDGE